# Court of Appeals
# of the State of Georgia

ATLANTA, _July 07, 2020_

*The Court of Appeals hereby passes the following order:*

**A20A1419.  YANNI PIZZA, LLC v. ALL SAINTS EPISCOPAL CHURCH, INC.**

On June 9, 2020, pursuant to the Supreme Court's order allowing this Court to re-instate deadlines on a case-by-case basis, appellant Yanni Pizza, LLC was ordered to file its appellant's brief by June 29, 2020. Appellant has neither filed a brief or requested an extension of time in which to file a brief. Accordingly this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _07/07/2020_
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_Stephen E. Castlen_ *, Clerk.*